**FILED**

MAR 27 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT IF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TENSHA PREUSSER | ) | **06CV1682** |
| Plaintiff, | ) | **JUDGE GOTTSCHALL** |
| v. | ) | **MAGISTRATE MASON** |
| Soo Line Railroad Company, d/b/a CP Rail System, | ) | Trial by Jury Demanded |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, Tenesha Preusser, by and through her attorneys James T. Foley and HOEY & FARINA, and for her Complaint at Law against Defendant Soo Line Railroad Company, d/b/a CP Rail System, (hereinafter referred to as CP Rail) states as follows:

1. This action arises under, and the rights and liabilities of the parties to this cause are governed by the Federal Employers Liability Act, 45 U.S.C. § 51 et seq.

2. On March 29, 2003, and at all pertinent times, Defendant CP Rail owned, operated and maintained a railroad in Interstate Commerce.

3. On March 29, 2003 and at all pertinent times, Defendant was a railroad corporation doing business in the State of Illinois.

4. On March 29, 2003 and at all pertinent times, Plaintiff Tenesha Preusser was a resident of the State of Illinois.

5. On March 29, 2003, and at all pertinent times, Plaintiff was employed by Defendant CP Rail as a Tower Operator.

6. On March 29, 2003, and at all pertinent times, Defendant CP Rail owned, manages, maintained and used as a portion of its railroad system a facility known as the Bensenville Yard, located in Bensenville, Illinois, and further a facility known as the B-17 tower.

7. On March 29, 2003, and at all pertinent times, Plaintiff was performing work for Defendant in connection with or in furtherance of Defendant's business of Interstate Commerce and Transportation.

8. In the course of her duties as a Tower Operator on March 29, 2003, Plaintiff was required to walk on the walkway providing ingress and egress to the Tower at or about 6:50 A.M. and in the process of walking on the walkway, she was caused to trip and fall, causing injury to her body.

9. On March 29, 2003, at or about 6:50 A.M., while in the process of walking into B-17 Tower in Defendant's Bensenville facility, Plaintiff tripped on a brick that was left on the walkway from a construction project Defendant had underway to add a room to the Tower.

10. As a result of the failure of Defendant to properly maintain, clean, and repair its walkways and facilities, and the resultant fall, Plaintiff was seriously and permanently injured.

11. It was the continuing duty of the Defendant, as the Plaintiff's employer, at the time and place in question, to provide Plaintiff with a reasonably safe place to work; to provide reasonably safe conditions in which to work; and to properly alert and warn Plaintiff of dangerous, unsafe and hazardous conditions it knew or should have known existed.

12. In violation of its duty, Defendant negligently and carelessly failed to provide Plaintiff with a safe place to work by committing one or more the following negligent acts or omissions:

    (a). failed to exercise ordinary care to furnish Plaintiff with a reasonably safe place to work;

    (b). failed to exercise ordinary care to use reasonably safe methods in its maintenance, repair, upkeep and cleanliness of its facilities;

    (c). failed to warn Plaintiff of a hazardous and unsafe condition upon its walkway, when a timely warning would have averted injury to her;

    (d). failed to properly inspect its walkways, and the ingress and egress of its facilities;

    (e). failed to properly inspect, maintain, clean, repair, and monitor its work areas used by its employers so that the same became hazardous to its employees;

    (f). failed to provide proper, safe and efficient walkways and ingress and egress to its facilities;

    (g). failed to properly supervise its employees who were charged with ensuring that the work areas were safe to use;

    (h). violated industry standards by failing to provide proper ingress and egress to its buildings and facilities, and further by failing to maintain and inspect its walkways;

    (i).    Violated certain other regulations, standards and requirements in force or prescribed by the Secretary of Transportation through the F.R.A. or OSHA; and

    (j).    was other wise careless and negligent in failing to provide Plaintiff with a safe place to work.

13.    Defendant's failure to provide Plaintiff with a safe place to work by one or more of the foregoing negligent acts or omissions caused, in whole or in part, Plaintiff's injury.

14.    As a consequence, Plaintiff, Tenesha Preusser, incurred injuries which have caused and will continue to cause her great pain, suffering, inconvenience, anguish, and disabilities; as a further result, Plaintiff has been and will in the future be kept from attending to her ordinary affairs and duties, and has lost and will lose great gains, which she otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and related expenses in the future.

WHEREFORE, Plaintiff Tenesha Preusser, demands judgment in her favor and against Defendant CP Rail, in a sum in excess of $100,000.00 plus the costs of this suit.

Respectfully submitted,

By: _____
Attorney for Plaintiff

James T. Foley
HOEY & FARINA, P.C.
542 South Dearborn, Suite 200
Chicago, IL 60605
(312) 939-1212